08-3826-cr
USA v. Smith

Nevas, J.
D. Ct.
03-cr-00261

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: (SUMMARY ORDER). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of January, two thousand ten,

PRESENT:

> Pierre N. Leval,
> Barrington D. Parker,
> Richard C. Wesley,
> > *Circuit Judges,*

_____

United States of America,

> *Appellee*,

-v.-                                                         **No. 08-3826-cr**
                                                             **SUMMARY ORDER**

Marvin Smith,

> *Defendant-Appellant.*

_____

FOR DEFENDANT-APPELLANT:  Robert J. Sullivan, Jr., Westport, CT.

FOR APPELLEE:                        Michael E. Runowicz, Assistant United States Attorney
                                               (Sandra S. Glover, Assistant United States Attorney, Nora
                                               R. Dannehy, Acting United States Attorney, District of
                                               Connecticut, *on the brief*).

        UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED.

        Defendant-appellant Marvin Smith appeals from an order of the United States District Court for the District of Connecticut (Nevas, *J.*) dated July 24, 2008, which reduced Smith's sentence of imprisonment from 120 months to 99 months, in accordance with Smith's amended Sentencing Guidelines ("Guidelines") range, and denied Smith's request for a sentence below the new Guidelines range.  We assume the parties' familiarity with the underlying facts and procedural history of the case.

        Smith argues on appeal that the district court erred when it denied his request for a sentence below his new Guideline range.  The district court correctly denied the request.  A district court "may not generally modify a term of imprisonment once it has been imposed." *United States v. McGhee*, 553 F.3d 225, 225 (2d Cir. 2009) (per curiam) (quoting *Cortoreal v. United States*, 486 F.3d 742, 744 (2d Cir. 2007)(per curiam)). 18 U.S.C. § 3582(c)(2) does give district courts limited authority to reduce a defendant's term of imprisonment, if that term was based on a Guidelines range that since has been amended and the Sentencing Commission authorized the retroactive application through a policy statement. The district court exercised this authority in reducing Smith's Guideline range from between 108 to 135 months to between 87 to 108 months.  However, Smith's argument that the district court had the authority to further reduce his sentence is foreclosed by our decision in *United States v. Savoy*, 567 F.3d 71 (2d Cir. 2009) (per curiam), where we held that "district courts

lack the authority when reducing a sentence pursuant to § 3582(c)(2) to reduce that sentence below the amended Guidelines range where the original sentence fell within the applicable Guidelines range." *Id.* at 74.

## **CONCLUSION**

For the foregoing reasons, the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____